■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ORTEGA, Appellant. [19 NYS3d 740]—

Order, Supreme Court, New York County (Eduardo Padro, J.), entered on or about on June 19, 2014, which adjudicated defendant a level two sexually violent felony offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the guidelines, or did not warrant a downward departure under the totality of the circumstances. In particular, defendant has not established that his age (47 at the time of the hearing) indicates a low risk of reoffense. Concur—Tom, J.P., Sweeny, Andrias and Gische, JJ.